UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

                        Case No. 11-CR-20188

vs.

                        HON. GEORGE CARAM STEEH

D-5 BERNARD THOMAS EDMOND,

        Defendant(s).

_____/

## ORDER GRANTING MOTION TO WITHDRAW [#48] AND SETTING STATUS CONFERENCE HEARING

A motion having been filed by appointed counsel, William R. Ford, to withdraw as attorney for defendant and after holding a hearing on July 30, 2012, with the defendant's concurrence, now therefore

IT IS ORDERED that William R. Ford's Motion to Withdraw is HEREBY GRANTED and defendant's request for substitute counsel is GRANTED. The Federal Defender Office shall locate a panel attorney to represent the defendant.

A status conference/hearing is hereby scheduled for **August 30, 2012 at 10:00 AM.**

Dated: July 30, 2012

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and the Federal Defender Office on July 30, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk