UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 11-20188

HON. GEORGE CARAM STEEH

D-2 PHILLIP HARPER,
D-4 FRANK HARPER,
D-5 BERNARD THOMAS EDMOND

    Defendants.
_____/

ORDER REGARDING MOTION FOR BILL OF PARTICULARS [DOC. 89], MOTION IN LIMINE TO SUPPRESS PHOTOGRAPHIC IDENTIFICATION [DOC. 90], MOTION FOR BILL OF PARTICULARS, [DOC. 115], MOTION TO EXCLUDE PRIOR BAD ACTS [DOCS. 96 AND 116], AND MOTION FOR SEVERANCE [DOC. 117]

The above-captioned motions were before the Court on August 20, 2013. Counsel for defendant Phillip Harper joined in defendant Frank Harper's motion to exclude prior bad acts [Doc. 116] and motion for severance [Doc. 117].

As stated on the record and for the reasons given, defendant Edmond's motion for bill of particulars [Doc. 89] and motion in limine to suppress photographic identification [Doc. 90] are WITHDRAWN.

Defendant Harper's motion for bill of particulars [Doc. 115] is WITHDRAWN. Defendants Harpers' motion to exclude prior bad acts [Doc. 116] is GRANTED in part and DENIED in part. Defendant Frank Harper's previously filed motion to exclude prior bad acts [Doc. 96] is DENIED as MOOT due to the filing of the Third Superseding

Indictment [Doc. 109]. Defendants Harpers' motion for severance [Doc. 117] is DENIED.

IT IS SO ORDERED.

Dated: August 21, 2013

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 21, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk